ROOSEVELT BENTLEY v. CAPITAL FINANCE CORPORATION, a corporation organized and existing by virtue of the laws of Florida, and T. S. GREEN individually and as President of CAPITAL FINANCE CORPORATION

28 S. (2nd) 836                                    January Term, 1947
January 21, 1947                                        Division B

*Parker, Foster & Wigginton* and *T. T. Turnbull,* for appellant.

*Parker & Parker* for appellee.

PER CURIAM:

The decree of the court below is affirmed on authority of Davidson et al v. Davis, 59 Fla. 476, 52 Sou. 139, 28 L.R.A. (N.S.) 102, 20 Ann. Cas. 1130.

It is so ordered.

THOMAS, C.J., BUFORD, ADAMS and BARNS, JJ., concur.